IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _Sim_ D.C.

05 NOV 16 AM 10: 52

THOMAS M GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

v.

**CANDI RUSSELL**                                             05cr20389-Ma

## ORDER ON ARRAIGNMENT

This cause came to be heard on ___11-16-05___ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _____Art. Horne_____ who is Retained (Appointed)

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____The defendant, who is not in custody, may stand on his present bond.
_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

CHARGES - 21:841
CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE

Attorney assigned to Case: D. Henry

Age: 21

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___11-18-05___

10

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20389 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT